No. 74–1526. THOMPSON v. COUNTY BOARD OF SCHOOL TRUSTEES OF DUPAGE COUNTY, ILLINOIS, ET AL. Appeal from App. Ct. Ill., 2d Dist., dismissed for want

of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.